STATE OF NEW JERSEY v. WINFIELD ANDERSON.

July 21, 1980.

Petition for certification denied.   (See 173 *N.J.Super.* 75)

STATE OF NEW JERSEY v. WINFIELD ANDERSON.

July 21, 1980.

Cross-Petition for certification denied.   (See 173 *N.J.Super.* 75)

DANIEL B. RUBENS v. BABETTE A. RUBENS.

July 21, 1980.

Petition for certification denied.

GREGORY Z. MACKARONIS, JR. v. NEW JERSEY CIVIL SERVICE COMMISSION.

July 21, 1980.

Petition for certification denied.